■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALONZO MADISON, Appellant. (Appeal No. 2.) [964 NYS2d 442]— Appeal from a judgment of the Supreme Court, Erie County (Deborah A. Haendiges, J.), rendered February 10, 2011. The judgment convicted defendant, upon a nonjury verdict, of criminal contempt in the second degree.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALONZO MADISON, Appellant. (Appeal No. 3.) [964 NYS2d 442]— Appeal from a judgment of the Supreme Court, Erie County (Deborah A. Haendiges, J.), rendered February 10, 2011. The judgment convicted defendant, upon a nonjury verdict, of assault in the third degree and harassment in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Same memorandum as in *People v Madison* (106 AD3d 1490 [2013]). Present—Smith, J.P., Fahey, Peradotto, Lindley and Whalen, JJ.